**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CONNEAL BUCKHANNA                                                          PLAINTIFF

v.                                        No. 5:11CV00163 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                          DEFENDANT

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition received from

Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and

recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this 18th day of June, 2012.



_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE