**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CONNEAL BUCKHANNA                                                                                   PLAINTIFF

v.                                       No. 5:11CV00163 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                               DEFENDANT

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 18th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE